AO 91 (Rev. 11/11)  Criminal Complaint (approved by AUSA Harrell)                                    USAO CW No.24-009

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Pennsylvania

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No.   24-284-m |
| Anthony Yeager ) | |
| ) | |
| ) | |
| _____ ) | |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____December 7, 2023_____ in the county of _____Philadelphia_____ in the

_____Eastern_____ District of _____Pennsylvania_____, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 USC 2251(a), (e) | Manufacture of child pornography |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

|  |
|---|
| /s/ Jennifer A. Morrow |
| *Complainant's signature* |
| Jennifer A. Morrow, FBI Special Agent |
| *Printed name and title* |

Sworn to before me and signed in my presence.

Date: _____February 15, 2024_____                          /s/ Honorable Craig M. Straw
                                                                                      *Judge's signature*

City and state:        _____Philadelphia, Pennsylvania_____        Honorable Craig M. Straw, USMJ
                                                                                      *Printed name and title*

## AFFIDAVIT

I, Jennifer A Morrow, a Special Agent with the Federal Bureau of Investigation (FBI), Philadelphia Division, being duly sworn, depose and state as follows:

1.      I have been employed as a Special Agent of the FBI for 21 years, and am currently assigned to the Philadelphia Division Violent Crimes Against Children Squad in the Newtown Square Resident Agency. While employed by the FBI, I have investigated federal criminal violations related to violent crime, drug trafficking, kidnapping, and the FBI's Innocent Images National Initiative, which investigates matters involving the online line sexual exploitation of children. I have gained experience through training at the FBI Academy, training at the Innocent Images Unit of the FBI, various conferences involving Innocent Images and Crimes Against Children, and everyday work related to conducting these types of investigations. As part of my daily duties as an FBI agent, I investigate criminal violations relating to child exploitation and child pornography, including violations pertaining to the illegal production, distribution, receipt, and possession of child pornography, in violation of 18 U.S.C. §§ 2251(a) and 2252(a).

2.      This affidavit is made in support of a criminal complaint charging ANTHONY YEAGER, with manufacture of child pornography, in violation of 18 U.S.C. § 2251(a), (e) on or about December 7, 2023, as outlined below.

3.      As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

4.      The statements in this Affidavit are based on my investigation and other law enforcement officers' investigation of this matter.  Because this Affidavit is being submitted for

1

the limited purpose of demonstrating probable cause in support of the attached criminal

complaint, I have not included each and every fact known to me concerning this investigation.  I

have set forth only those facts that I believe are necessary to establish probable cause for the

arrest of ANTHONY YEAGER.

## BACKGROUND OF THE INVESTIGATION

5.        Operation Rescue Me (ORM) represents the FBI's victim identification program.

ORM is described as an aggressive initiative focusing on determining the identity of child

victim(s) depicted in child exploitation material and capturing the perpetrators. The Child

Exploitation Operational Unit (CEOU), which is part of the Criminal Investigative Division's

(CID) Violent Crime Section (VCS), currently maintains responsibility for ORM. The ORM

team works with field offices, other government agencies (including international partners),

foreign law enforcement agencies (FLA), and the National Center for Missing and Exploited

Children (NCMEC) to locate and identify victims of crimes against children.

6.        On February 14, 2024, a reliable foreign partner agency (FLA) referred to ORM a

series of child sexual abuse material (CSAM), entitled "NECKLACE WITH CROSS," that was

retrieved from a subject's device that was seized pursuant to legal process. The CSAM features a

prepubescent female (face not visible) being anally penetrated by an adult male subject's tongue.

The FLA reported that the CSAM was sent on the platform Telegram by username

@anteyyeag97. A phone number was also provided as being associated with the Telegram

username. The FLA utilized Open-Source Intelligence (OSINT) to connect these identifiers with

a U.S. based person and forwarded the information to the FBI ORM Unit.

7.        Your affiant reviewed the CSAM and it is more further described as:

a.      Video_3@10-11-2023_09-20-16 – 12 seconds in length, depicts a prepubescent child lying face down on a couch with her diaper pulled to the side while an adult male anally penetrates the child with his tongue. The victim is wearing red sweatpants, a pink t-shirt, and a navy blue sweatshirt. The face of the victim child is not visible. The face of the offender is clearly visible, and he was later identified as ANTHONY YEAGER.  The offender appears to be recording himself.  The EXIF data associated with this file indicates that it was created on November 10, 2023.

b.      Video_240@07-12-2023_23-22-00 – 20 seconds in length, depicts a prepubescent child from the waist down with her genitals exposed, and adult male can be heard saying, "Let me see your fucking little pussy," as he spreads the lips of her vagina for the camera. The victim child can be heard crying. The adult male bends his face and mouth down towards the victim's vagina and his face is no longer in view. It appears as if he is performing oral sex on the minor victim. The minor victim can be heard crying and the adult male stops when the child's hand hits his face/head. The face of the offender is clearly visible, and he was later identified as ANTHONY YEAGER. The EXIF data for this file indicates that it was created on December 7, 2023.

c.      Photo_68@09-11-2023_23-15-35 – image of a child face down with her diaper pulled down and her buttocks exposed. The child is wearing red sweatpants, a pink t-shirt, and a navy-blue sweatshirt. The EXIF data for this file indicates that it was created November 9, 2023.

8.      In addition to the CSAM provided by the FLA, also associated with this Telegram account were five pictures of a male whose face is clearly visible. This male was later identified

3

as ANTHONY YEAGER. In four of those pictures, YEAGER is dressed in an adult diaper. The diaper appears to be manufactured by Abu and contains cartoon animal imagery. The website, us.abuniverse.com, advertises Abu's PeekABU diapers, with sizing M (31-36"), L (37-42"), XL (43-46"), and XL+ (43-64"). The site also advertises "Our team is 100% AB/DL." Open source information describes AB/DL as "Adult Baby / Diaper Lover."

9.      A query of law enforcement databases for the phone number identified by the FLA as associated with the telegram username @anteyyeag97, returned to ANTHONY YEAGER at a residence in Brookhaven, Pennsylvania.  YEAGER has a Pennsylvania driver's license with the address of 31xx Englewood Street, Philadelphia, Pennsylvania 19149.

10.     On February 15, 2024, physical surveillance was performed at the residence on the 3100 block of Englewood Street in Philadelphia. Three trash cans were observed outside the residence on the curb directly in front of the residence. Taken from the trash cans were two white household trash bags and a birthday gift bag. Located inside these trash bags were two adult sized diapers, manufactured by Abu. The cartoon imagery from the diapers is consistent with the Abu diapers worn by the adult male in the Telegram pictures described above.

11.     At approximately 3:00 p.m. on February 15, 2024, law enforcement officers conducting physical surveillance near the residence on the 3100 block of Englewood Street observed ANTHONY YEAGER exit the residence and walk to a nearby elementary school. YEAGER returned a short time later with a minor girl, approximately eight years old, and entered the residence.

4

12.     At 4:07 p.m. on February 15, 2024, United States Magistrate Judge Craig M. Straw, Eastern District of Pennsylvania, authorized a search and seizure warrant for the person of ANTHONY YEAGER and his residence on Englewood Street.

13.     A short time later, FBI executed this search warrant and came into contact with YEAGER outside the residence. From his person, agents seized a Samsung S22 smartphone. The phone is still being reviewed pursuant to the search warrant.

14.     Inside the residence on Englewood Street, agents observed surroundings consistent with those depicted in the CSAM videos and image described above. The child depicted in the CSAM videos described above has been identified as a 5-year-old, nonverbal, autistic girl to whom YEAGER had regular access at his residence on Englewood Street (hereinafter "Minor 1").

15.     YEAGER agreed to speak to agents and provided an audio-recorded statement. In summary, he admitted to creating the video described in paragraph 7(b) above. He reported that he used his cell phone (the same Samsung cell phone agents seized from his person) to create the video at the Englewood Street residence in Philadelphia. He identified himself and Minor 1 in the video, and admitted to performing oral sex on Minor 1. He admitted to sending the video to another individual over Telegram, and said he deleted it afterwards. With respect to the video described in paragraph 7(a) above, YEAGER reported that he did not remember creating it, but then identified himself and Minor 1 in the video. He also told agents that he was wearing the same shirt in the video that he was wearing during his interview. YEAGER also admitted to viewing other images of child pornography online and masturbating to the images, but told

agents that he regularly deleted the material after viewing it.

## CONCLUSION

16.     Based on the information above, I respectfully submit that there is probable cause

to believe that ANTHONY YEAGER committed violations of 18 U.S.C. §§ 2251(a)

(manufacture of child pornography) on or about December 7, 2023.  Therefore, I respectfully

request that the attached form of criminal complaint be issued for the arrest of ANTHONY

YEAGER.


*/s/ Jennifer A. Morrow*
Jennifer A. Morrow
Special Agent
Federal Bureau of Investigation

Sworn to me this 15th
day of February, 2024.

/s/ Honorable Craig M. Straw
_____
HONORABLE CRAIG M. STRAW
United States Magistrate Judge

6

## ATTACHMENT A

### Count One – Manufacture of Child Pornography – 18 U.S.C. § 2251(a), (e)

On or about December 7, 2023, in the Eastern District of Pennsylvania, the defendant, ANTHONY YEAGER, employed, used, persuaded, induced, enticed and coerced Minor 1, who had not attained the age of 18 years, to engage in sexually explicit conduct for the purpose of producing a visual depiction of that conduct, using materials that had been mailed and shipped and transported in and affecting interstate and foreign commerce, and defendant YEAGER knew and had reason to know that the visual depiction would be transported and transmitted using a facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, that is, the Internet.